Mylar v Niagara Falls Mem. Med. Ctr. (2025 NY Slip Op 05433)

Mylar v Niagara Falls Mem. Med. Ctr.

2025 NY Slip Op 05433

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: CURRAN, J.P., BANNISTER, MONTOUR, SMITH, AND DELCONTE, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (584/24) CA 23-01544.

[*1]JACKIE MYLAR, AS POWER OF ATTORNEY FOR TEAIRRA MASON, PLAINTIFF-RESPONDENT, 
v
NIAGARA FALLS MEMORIAL MEDICAL CENTER, ET AL., DEFENDANTS, FDR MEDICAL SERVICES AND LEE CHALUPKA, M.D., DEFENDANTS-APPELLANTS.

MEMORANDUM AND ORDER
Motion for reargument denied.